UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HEIDI DAVONNE BROWN,

    Plaintiff,

v.       CAUSE NO. 3:23-CV-1019 DRL-SJF

SANCTUARY AT HOLY CROSS,

    Defendant.

## ORDER

The court afforded Heidi Davonne Brown leave to amend her complaint to become compliant with the federal rules by January 12, 2024 [3]. She was cautioned that failure to amend her claim would result in the dismissal of her case. *See Hoskins v. Poelstra*, 320 F.3d 761, 763 (7th Cir. 2003). As of today, she has not filed an amended complaint. Accordingly, the court DISMISSES Ms. Brown's case without prejudice.

SO ORDERED.

December 2, 2024      *s/ Damon R. Leichty*
    Judge, United States District Court