# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HEIDI DAVONNE BROWN

    Plaintiff

v.

                                        Civil Action No. 3:23-cv-1019

SANCTUARY AT HOLY CROSS

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty.

DATE: 12/2/2024                               CHANDA J. BERTA, CLERK OF COURT

                                                      by  s/A. Highlen_____
                                                      *Signature of Clerk or Deputy Clerk*